

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2015

No. 04-14-00796-CV

**LOCKHILL VENTURES, LLC**,
Appellant

v.

**ARD MOR, INC.,** Texas Ardmor Properties, LP, and Texas Ardmore Management, LLC,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10796
Honorable Richard Price, Judge Presiding

## O R D E R

The Appellee's Unopposed Motion for Extension of Time to file Brief is GRANTED. The appellee's brief is due on March 6, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court